Judgment affirmed; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., CRANE and ANDREWS, JJ.

---

BOLESLAW SWISTAK, an Infant, by FRANK SWISTAK, His Guardian ad Litem, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Negligence — railroads — collision between train and wagon — injury to boy — proximate cause.*

*Swistak* v. *Erie R. R. Co.*, 208 App. Div. 553, affirmed.
(Argued October 10, 1924; decided October 24, 1924.)

APPEAL from a judgment, entered May 1, 1924, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed a judgment in favor of defendant entered upon an order of the court at a Trial Term, setting aside a verdict in favor of plaintiff and reinstated said verdict. The action was to recover for personal injuries alleged to have been sustained by plaintiff through the collision of one of defendant's trains with a wagon. The trial judge set aside the verdict on the ground that there was no evidence tending to show that the plaintiff's injuries were the proximate result of the collision.

*John W. Ryan* for appellant.
*La Fay C. Wilkie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

GRAZELDA GREAVES et al., Respondents, *v.* JUSTINA HUSBAND, Appellant.

(Submitted October 20, 1924; decided October 24, 1924.)

MOTION to amend remittitur. (See 238 N. Y. 604.)

Motion to amend remittitur denied. The defendant should be compelled to reconvey the property only upon